UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　RYAN PAYNE<br>　　　　Debtor | CHAPTER 13 |
| | CASE NO. 1:26-BK-01941-HWV |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　　　　Movant | |
| vs. | |
| RYAN PAYNE<br>　　Respondent | |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Trustee avers that Debtor's Plan is not feasible based upon the following: Debtor is unable to make payments under the Plan, contrary to § 1325(a)(6) (the Debtor's proposed plan payment is $150/month and his Monthly Net Income is only $138/month).

2. Trustee avers that Debtor's Plan cannot be administered due to the lack of the following: The Trustee requests all pay advices for both the Debtor and his nonfiling spouse for the months of June and July 2026.

3. Trustee provides notice to the Court as to the ineffectiveness of Debtor's Chapter 13 Plan for the following reasons: (1) the plan should clarify whether the Debtor will retain the 2020 Toyota Rav4, or whether he will surrender it; (2) Paragraphs 6 and 7 of the plan should be completed.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

　　　a.　Deny confirmation of Debtor's plan.
　　　b.　Dismiss or convert Debtor's case.
　　　c.　Provide such other relief as is equitable and just.

Dated: August 13, 2026　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　/s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　(717) 566-6097

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

CIBIK LAW, PC
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

Dated: August 13, 2026          /s/ Jack Zaharopoulos

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee