# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### Harrisburg Division

Ryan Lee Payne,

*Debtor*.

Case No. 1:26-bk-01941-HWV
Chapter 13

## CERTIFICATE OF SERVICE

I, Michael A. Cibik, attorney for Debtor, hereby certify that on August 13, 2026, a true and correct copy of the 1st Amended Chapter 13 Plan was served upon the U.S. Trustee and the Chapter 13 Trustee via ECF Notification and by U.S. Mail to the Debtor and all parties from the Creditor Matrix, listed in the attached mailing list, as listed below:

U.S. Trustee - *via ECF*

Jack N. Zaharopoulos, Chapter 13 Trustee - *via ECF*

Debtor:  **10727 Sunburst Dr, Unit E, Waynesboro, PA 17268-8986**

Dated:  August 13, 2026

/s/ Michael A. Cibik
Michael A. Cibik, Principal Attorney
Cibik Law, P.C., Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:26-bk-01941-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Thu Aug 13 11:24:20 EDT 2026 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 | Citi Card/Best Buy<br>Attn: Citicorp Cr Srvs Centralized Bankr<br>PO Box 790040<br>St Louis, MO 63179-0040 |
| Credit One Bank<br>Attn: Bankruptcy<br>6801 S Cimarron Rd<br>Las Vegas, NV 89113-2273 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Members 1st FCU<br>Attn: Bankruptcy<br>PO Box 8893<br>Camo Hill, PA 17001-8893 |
| OneMain Financial Group, LLC<br>PO BOX 3251<br>Evansville, IN 47731-3251 | Pennsylvania Dept. of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | Source Receivables Mgmt, Llc<br>Attn: Bankruptcy Dept<br>PO Box 4068<br>Greensboro, NC 27404-4068 |
| Springlf Fin<br>Po Box 1010<br>Evansville, IN 47706-1010 | T-MOBILE USA INC<br>Jefferson Capital Systems LLC Assignee<br>PO Box 7999<br>St. Cloud, MN 56302-7999 | Truist Bank<br>Attn: Bankruptcy<br>214 N Tryon St<br>Charlotte, NC 28202-1078 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102-3518 |
| Ryan Payne<br>10727 Sunburst Dr Unit E<br>Waynesboro, PA 17268-8986 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                   15 |